JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TANISHA LOVINGS,<br><br>Plaintiff,<br><br>v.<br><br>SPARKLES L. ADAMS, et al.,<br><br>Defendants. | Case No. 2:25-cv-07430-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Judgment on the Pleadings, **IT IS ADJUDGED** that the action is dismissed with prejudice.

DATED: ___April 17, 2026___

_____

STEVE KIM
United States Magistrate Judge